IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ODELL RICHARDS, JR.,                )
                                     )
           Plaintiff,                )
                                     )
     v.                              )    1:08CV297
                                     )
ERSHIGS, INC. and DENALI, INC.,      )
                                     )
           Defendants.               )

## ORDER

On October 30, 2008, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de</u> <u>novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's motion to dismiss (Doc. 7) is denied.

This the 10th day of December 2008.

_____
**United States District Judge**